# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

George Karp,

                                        Plaintiff,

        v.

Alonzo, et al.,

                                        Defendants.

Case No. 2:25-cv-01912-ART-BNW

**ORDER**

        Pro se Plaintiff George Karp, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*, a complaint, and a motion to appoint counsel. (ECF Nos. 1, 1-1, 1-2.) There are two issues with Plaintiff's filings. First, Plaintiff used the form complaint for Nevada state court, not federal court. (ECF No. 1-1.) Second, Plaintiff provided the wrong address because the prison is returning his mail as undeliverable. (ECF No. 3.) This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

        IT IS THEREFORE ORDERED that on or before **November 10, 2025**, Plaintiff must (1) file his complaint using the correct form for federal court and (2) file his updated address.

        IT IS FURTHER ORDERED that the Clerk of Clerk is directed to send Plaintiff the approved form for filing a § 1983 complaint in this federal court.

        IT IS FURTHER ORDERED that failure to comply with this order will subject this case to dismissal without prejudice.

        DATED: October 14, 2025.

_____

Brenda Weksler
United States Magistrate Judge